# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Latrece D McKinney,<br><br>            Plaintiff,<br><br>v.<br><br>John F Kennedy Elementary School, et al.,<br><br>            Defendants. | No. CV-18-03188-PHX-DJH<br><br>**ORDER** |

    Pending before this Court is Plaintiff's Motion for Reconsideration (Doc. 9). On October 12, 2018, the Court granted Plaintiff's Application to proceed *in forma pauperis*, but dismissed Plaintiff's Complaint for failure to state a claim. (Doc. 6). The Court ordered Plaintiff to file an amended complaint within thirty (30) days of the October 12, 2018 Order. (*Id.*) A copy of this Order was mailed to Plaintiff at the address that she provided, however, Plaintiff failed to file an amended complaint with thirty (30) days of the Order. Therefore, Plaintiff's case was closed on November 19, 2018. (Doc. 7).

    Despite the Court mailing a copy of the Order to the address provided by Plaintiff, she states that she never received a copy of the Order. (Doc. 9). In light of Plaintiff's statement that she did not receive a copy of the Order, the Court construes the instant motion as Motion for Leave to File a First Amended Complaint instead of a Motion for Reconsideration. The Court finds good cause and grants Plaintiff's Motion; therefore, Plaintiff is granted leave to file a First Amended Complaint <u>within thirty (30) days of the date this Order is entered</u>. Additionally, Plaintiff is reminded that all *pro se* Plaintiffs are

to become familiar with the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and the Local Rules ("LRCiv."), including LRCiv. 83.3(d), which requires all *pro se* Plaintiffs to file a notice of change of address with seven (7) days after the effective date of change. Accordingly,

**IT IS ORDERED** that the Clerk of the Court is respectfully directed to reopen this case.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Reconsideration (Doc. 9), which the Court construes a Motion for Leave to Amend, is **GRANTED**. Plaintiff is granted leave to file a First Amended Complaint within **thirty (30) days** of the date this Order is entered;

**IT IS FURTHER ORDERED** that if Plaintiff does not file a First Amended Complaint within **thirty (30) days** of the date this Order is entered, the Clerk of Court shall dismiss this action without further order of this Court; and

**IT IS FINALLY ORDERED** that if Plaintiff elects to file a First Amended Complaint, it may not be served until and unless the Court issues an Order screening the amended complaint pursuant to 28 U.S.C. § 1915(e)(2).

Dated this 3rd day of December, 2018.

Honorable Diane J. Humetewa
United States District Judge